HATTIE G. FRANKEL, Individually and as Executrix of and Trustee under the Will of SIMON FRANKEL, Deceased, Respondent, *v.* THE FARMERS' LOAN AND TRUST COMPANY, as Executor of and Trustee under the Will of SIMON FRANKEL, Deceased, Appellant, and CHARLOTTE FRANKEL et al., Respondents.

*Frankel* v. *Farmers' Loan & Trust Co.*, 152 App. Div. 58, affirmed.
(Argued June 20, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 17, 1912, which affirmed a judgment of

Special Term construing the will of Simon Frankel, deceased. Also motion to dismiss said appeal.

*Frederick Geller* for appellant.

*Henry L. Moses, M. J. Stroock, Benjamin F. Kraft* and *E. F. Spitz* for plaintiff, respondent.

*Louis Marshall* and *Mark G. Holstein* for defendants, respondents.

Judgment affirmed, with costs payable out of the estate, on the opinion of SCOTT, J., below. Motion to dismiss appeal denied, with out costs.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.